UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES KELLY,<br><br>         Plaintiff,<br><br>v.<br><br>JEFF BEZOS,<br><br>         Defendant. | Case No.: 23-CV-627-CAB-KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS [Doc. No. 2] AND DENYING AS MOOT MOTION FOR COUNSEL [Doc. No. 3]** |

  On April 6, 2023, Plaintiff Dolores Kelly filed a complaint [Doc. No. 1], along with an application to proceed in forma pauperis ("IFP") [Doc. No. 2] and a motion to appoint counsel [Doc. No. 3]. For the following reasons, plaintiff's IFP application and motion to appoint counsel are **DENIED**.

  Generally, all parties instituting a civil action in this court must pay a filing fee. See 28 U.S.C. § 1914(a); CivLR 4.5(a). But the court may authorize a party to proceed without paying the fee if that party submits an affidavit demonstrating an inability to pay. 28 U.S.C. § 1915(a). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must

allege poverty with some particularity, definiteness and certainty." *Id*. (internal quotation marks omitted).

Here, Plaintiff's IFP application is almost entirely blank.  She fails to answer any of the questions regarding whether she has any income, assets, or expenses.  Without such details, the Court cannot determine whether Plaintiff is entitled to proceed IFP.  In other words, based on the lack of "particularity, definiteness and certainty" in the information provided, the Court is not persuaded that Plaintiff lacks the funds to pay the filing fee and "still afford the necessities of life."  *Escobedo*, 787 F.3d at 1234.  Therefore, Plaintiff's application to proceed IFP [Doc. Nos. 2] is **DENIED** without prejudice, and Plaintiff's motion to appoint counsel [Doc. No. 3] is **DENIED** as moot.

Plaintiff shall have until **May 1, 2023** to either pay the filing fee, or to file a new application to proceed IFP that provides the required information with "particularity, definiteness, and certainty."  In particular, Plaintiff shall respond truthfully and completely to Questions 1 - 8.  If the filing fee is not paid or a renewed application to proceed in forma pauperis is not filed by May 1, 2023, the Clerk of the Court shall dismiss the case without prejudice and terminate the action.

**IT IS SO ORDERED.**

Dated:  April 10, 2023

Hon. Cathy Ann Bencivengo
United States District Judge